*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  February 18, 2016                    520569
_____

In the Matter of JEFFREY F.
    MARTIN,
                        Respondent,

        v
                                          MEMORANDUM AND ORDER

LISA A. WOOD,
                        Appellant.

(And Another Related Proceeding.)
_____

Calendar Date:  January 12, 2016

Before:  Peters, P.J., McCarthy, Rose and Lynch, JJ.

                    _____

        Sandra M. Colatosti, Albany, for appellant.

        Jeffrey F. Martin, Hamburg, respondent pro se.

        Edward W. Goehler, Cortland, attorney for the child.

                    _____

        Appeal from an order of the Family Court of Cortland County
(Campbell, J.), entered January 12, 2015, which, among other
things, partially granted petitioner's application, in a
proceeding pursuant to Family Ct Act article 6, for visitation
with the parties' child.

        Order affirmed, upon the opinion of Judge Julie A.
Campbell.

        Peters, P.J., McCarthy, Rose and Lynch, JJ., concur.

ORDERED that the order is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court